UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWAYNE ADAM RACINE | CIVIL ACTION |
| VERSUS | NO. 20-2930 |
| LASALLE MANAGEMENT, ET AL. | SECTION "A" (2) |

## ORDER

Having reviewed the complaint, the applicable law, and the Magistrate Judge's Report and Recommendations, the Court approves the Magistrate Judge's Report and Recommendations and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's § 1983 claims be **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2), § 1915A(a)–(b), and/or 42 U.S.C. § 1997e(c)(1);

**IT IS FURTHER ORDERED** that Plaintiffs' state law negligence claims **be DISMISSED WITHOUT PREJUDICE** because the court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c);

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 22) filed by Defendants Terrebonne Parish Criminal Justice Complex and Terrebonne Parish Medical Staff be **DISMISSED AS MOOT**.

July 1, 2021

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE